■ P. Jeffrey Lewis, M.D., Appellant, v Individual Practice Association of Western New York, Inc., et al., Respondents. (Appeal No. 2.) [823 NYS2d 750]—Appeal from an order of the Supreme Court, Erie County (Joseph G. Makowski, J.), entered July 20, 2005. The order determined that the papers submitted on the motions, with the exception of the court's memorandum decision and order entered June 30, 2005, remain sealed.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, A.P.J., Scudder, Gorski and Smith, JJ.

■ Barry Berghold, Jr., Respondent-Appellant, v Ferry Builders, Inc., Appellant-Respondent and Third-Party Plaintiff. Daniel R. Gabalski, Doing Business as Dan Gabalski Residential Construction, Third-Party Defendant-Appellant-Respondent. [823 NYS2d 708]—Appeals and cross appeal from an order of the Supreme Court, Erie County (Donna M. Siwek, J.), entered November 4, 2005. The order, among other things, granted those parts of defendant's motion for summary judgment dismissing the Labor Law § 240 (1) and § 241 (6) claims.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present— Hurlbutt, A.P.J., Scudder, Gorski and Smith, JJ.